UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC., et al.

                              CASE NO. 1:17-cv-02148-MJG

v.

TRI-STATE ZOOLOGICAL PARK
OF WESTERN MARYLAND, INC.

_____

**MOTION TO DISMISS PURSUANT TO FEDERAL
RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)**

1.  For the reasons set forth in the attached Memorandu, the Plaintiffs complaint fails to state a claim upon which relief may be granted, and fails to establish that the present controversy is justiciable by this Court.

WHEREFORE, the Defendants pray:

A.  That the Plaintiffs' Complaint be dismissed with prejudice it its entirety.

B.  That the Court award to the Defendants reasonable attorneys' fees pursuant to 16 USC 1540(g) et seq.

C.  For whatever other relief is merited by the justice of the cause.

                                                   Respectfully Submitted,

                                                   s/Nevin L. Young
                                                   _____
                                                   Nevin L. Young
                                                   Maryland Fed Bar. ID No. 28604
                                                   170 West Street
                                                   Annapolis, Maryland 21401
                                                   (t) 410-353-9210

2

(f) 410-510-1208
nyoung@burlingtonyounglaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of September, 2017, a copy of the foregoing was served via the Court's ECF filing system, or, if such system was not available, by both first class mail, postage prepaid, and by direct email, to:

Conor O'Croinon, Esquire
Zuckerman Spaeder LLP
100 East Pratt Street
Suite 2440
Baltimore, Maryland 21202

Marcos E. Hasbun, Esquire
Justin Cochran, Esquire
Zuckerman Spaeder, LLP
101 E. Kennedy Blvd.
Suite 1200
Tampa, Florida 33602

      s/Nevin Young
      _____
      Nevin L. Young
      Maryland Fed. Bar ID No. 28604