```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
                    Northern Division
```

**EXHIBIT 1**

```
--------------------------------x
PEOPLE FOR THE ETHICAL           :
TREATMENT OF ANIMALS, INC.,      :
                                 :
          Plaintiff,             :
                                 :
          v.                     :   Case No.:
                                 :   MJG 17-2148
TRI-STATE ZOOLOGICAL PARK        :
OF WESTERN MARYLAND, INC.,       :
et al,                           :
                                 :
          Plaintiffs.            :
--------------------------------x


                   April 22, 2018
                Hagerstown, Maryland


Deposition of:

                    TIMOTHY FOX,

     Called for oral examination by counsel for

   Plaintiff, pursuant to notice, at the Hilton

   Homewood Suites, 1650 Pullman Lane, Hagerstown,

   Maryland beginning at 9:45 a.m., before Teague

              Gibson, a Notary Public.


                    *   *   *   *   *
```

```
 1                    A P P E A R A N C E S

 2


 3   ON BEHALF OF THE PLAINTIFF:

 4           MARTINA BERNSTEIN, ESQ.
             ZEYNEP GRAVES, ESQ.
 5           PETA
             1536 16th Street, NW
 6           Washington, D.C. 20036
             202.483.2190
 7           martinab@petaf.org
             zeynepg@petaf.org
 8


 9                and

10           CONOR O'CROININ, ESQ.
             Zuckerman Spaeder, LLP
11           100 East Pratt Street, Suite 2440
             Baltimore, MD 21202
12           410.332.0444
             cocroinin@zuckerman.com
13


14   ON BEHALF OF THE DEFENDANT:

15           NEVIN YOUNG, ESQ.
             Burlington & Young
16           170 West Street
             Annapolis, MD 21401
17           410.353.9210
             nyoung@burlingtonyounglaw.com
18


19


20


21
```

1   A    I don't believe so.  You have to -- it's a

2   primate, so you have to be careful what type of

3   euthanasia solution you use.

4   Q    If it would have been appropriate to

5   euthanize Bandit, would you have been able to

6   do that?

7   A    I think so, yes.

8   Q    Is there a reason Bandit wasn't

9   euthanized?

10  A    That's a good question.  I think in

11  hindsight that, yes.  Bandit's the lemur,

12  correct?

13  Q    Right.

14  A    Yes, in hindsight that would have been

15  probably a little more humane.

16  Q    While we're on the subject of Bandit,

17  before we leave the subject of Bandit for now,

18  in hindsight, why do you think it would have

19  been better to euthanize him or would have been

20  more humane to euthanize him?

21  A    Poor little guy was not doing so well.  I

1    don't think he was in pain, but subnormal

2    temperature, he was very weak and it just

3    breaks your heart.  He's sitting there holding

4    your finger with his little hand, words and

5    actions are --

6    Q   He was also brought to your office on the

7    day that he died, right?

8    A   Right.

9    Q   A little bit like what happened to the

10    lion cub who was also brought to your office

11    the day she died?

12    A   Yeah.

13    Q   Based on the condition that he was in when

14    he brought -- when Mr. Candy brought Bandit

15    into your office, do you think Mr. Candy had

16    too much of a wait and see attitude before

17    bringing in Bandit?

18    A   I don't know if it was attitude but,

19    again, I'm not a hundred percent on my memory,

20    I think he called like on a Thursday or Friday

21    and I was out of town and I think I texted

**CRC Salomon, Inc.**  
Office (410) 821-4888  
www.crcsalomon.com - info@crcsalomon.com  
2201 Old Court Road, Baltimore, MD 21208  
**Page: 197**  
Facsimile (410) 821-4889

1    Q    In a zoo with appropriate staffing, would

2    you expect the condition of which Bandit died

3    to be noticed and brought to a veterinarian's

4    attention earlier?

5    A    I would think so, yes.

6    Q    Did you also, on the day that Bandit died,

7    notice a disc problem?

8    A    Uh-huh, yes.

9    Q    And was that shown in the x-ray?

10    A    I believe so, that's how we noticed it.  I

11    don't have an MRI or CAT scan.  We have to tell

12    by just looking at the spaces, intervertebral

13    discs, to see if they're depressed or

14    elongated.

15    Q    Did you assess that the disc problem

16    caused pain to Bandit?

17    A    I know he was in a lot of pain.  He

18    couldn't pee, that was the majority of the

19    pain.  Now were they related or correlated, it

20    may have been.  I don't want to say that that

21    was causing the pain, he just couldn't pee.

1  A    It's quite possible, yes.  Again, if I'm
2  not seeing a shadow on that disc, yes.
3  Q    When Bandit was brought to your office
4  that day which he died, and he was in obvious
5  pain as you said, why didn't you euthanize him?
6  A    That's a good point.  Like I said,
7  hindsight that probably would have been the
8  correct thing to do.  I was just doing an
9  assessment.  I wasn't sure if it was possible.
10 The discs, it could have just been a UTI.  I
11 don't have a MRI.  I don't have a CAT scan.  I
12 go by the seat of my pants.  So that was my
13 evaluation.  And I can't remember the exact
14 drug, I think we gave him a little bit of
15 steroids, told him together to go home and
16 rest, keep him warm.  He came back later that
17 same day and he was down and out.  I mean, he
18 was like freezing.
19 Q    Well, at that point why didn't you
20 euthanize?
21 A    Again, hindsight, I should have, I didn't.

1   whether there was a bladder tumor?

2   A   Yeah.  Pretty sure this x-rays a tumor,

3   you can clearly see it.

4   Q   We don't know if that's the animal?

5   A   Yes.

6   Q   If the bladder tumors was the cause of

7   death, could you not have catheterized him at

8   the time?

9   A   Probably.  See how full the bladder is

10  right there, he couldn't get urine out, that's

11  why he tore his penis off.

12  Q   He literally tore it off?

13  A   Mutilated his penis because he couldn't

14  pee.  To pass a catheter through that, pretty

15  tough.

16  Q   Can you tell me where we see on that x-ray

17  neurological problems, spinal maybe problems?

18  A   We were indicating that there's a place

19  between L1 L2 here, see where there's a

20  collapsed disc and you got the spondylosis,

21  that could be just age, too.

1    Q    And it's very difficult to tell, is it
2    not, what the cause of that is?
3    A    Yeah, I can't tell if that's neurological
4    on MRI.
5    Q    According to the date of birth on this
6    record, the primate in question would have been
7    about 16 years old?
8    A    According to this, yes.
9    Q    So that could explain degenerative disc
10   disease in the primate?
11   A    The spondylosis, yeah.
12   Q    And do you remember euthanizing any
13   primate for Tri-State?
14   A    No.
15   Q    When Bandit came in that first time on the
16   day of his death, what was your initial
17   diagnosis, you said he torn his penis off?
18   A    Yeah, trauma.  Can't remember how the
19   exact date, but his subnormal temperature, he
20   was just so cold.
21   Q    I have a dumb question for you.

1   a healthy weight for a male lion of his age to

2   the extent that Mr. Candy honestly believed

3   that when he looked at Bu in November, would

4   that give grave concern that the animals who

5   currently survive at the zoo are in equal risk

6   of being not cared for properly because

7   Mr. Candy's just blind to their actual

8   condition?

9       MR. YOUNG:  Objection.

10      THE WITNESS:  Concerning, yes.

11      MS. BERNSTEIN:  Thank you.

12  BY MR. YOUNG:

13      Q    I have one other thing to ask.  The last

14  day of Bandit's treatment, had he pulled his

15  penis off before the first time he came into

16  your office?

17      A    He came in twice.

18      Q    The same day?

19      A    Yes, it was.

20      Q    You didn't send him back to Tri-State

21  after he had pulled his penis off that same

1    day, did you?

2    A    Yeah, Bob wanted to give him a little time

3    to see if it would heal and see how he would do

4    but then he worsened.

5    Q    What treatment did you do for the fact

6    that he had --

7    A    When I say to his penis, he had abrasion

8    and maceration to the tissue, of course we

9    cleaned it.

10   Q    He didn't tear the whole thing off?

11   A    No, not like he ripped it off and threw it

12   over the hill.  He did substantial damage to

13   the organ itself.

14   Q    It was something that could heal with

15   treatment?

16   A    Yes.  It's going to scar but, yes, it

17   could have healed, yes.

18   Q    So saying that he tore it off is an

19   overstatement?

20   A    Apologize.

21   Q    And then we should also, if that x-ray was