**EXHIBIT 2**                                                  Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MARYLAND

3    PEOPLE FOR THE ETHICAL

4    TREATMENT OF ANIMALS, INC.

5         Plaintiffs,

6    vs.                                    CIVIL ACTION NO:

7    TRI-STATE ZOOLOGICAL PARK OF            MJG-17-2148

8    WESTERN MARYLAND , INC.,

     et al.

9         Defendants

     _____/

10

11        The Rule 30(b))6) deposition of ROBERT L.

12   CANDY as corporate designee of TRI-STATE ZOO OF WESTERN

13   MARYLAND and ANIMAL PARK, CARE & RESCUE, INC. was held

14   on Wednesday, May 2, 2018, commencing at 9:46 a.m., at

15   Zuckerman, Spaeder, LLP, 100 East Pratt Street, Suite

16   2440, Baltimore, Maryland 21202,before Ronda J.

17   Notary Public.

18            Veritext Legal Solutions

                  Mid-Atlantic Region

19          36 S. Charles Street- Suite 2002

20               Baltimore, MD 21201

21

1  APPEARANCES:

2       ON BEHALF OF PLAINTIFFS:

3       MARTINA BERNSTEIN, ESQUIRE

4       PETA Foundation

5           1536 16th Street, N.W.

6           Washington, D.C. 20036

7           Telephone: 202.483.2190

8           Email: martinaB@petaf.org

9  and

10          ZEYNEP GRAVES, ESQUIRE

11          PETA Foundation

12          2154 W. Sunset Boulevard

13          Los Angeles, California 90026

14          Telephone: 323.210.2263

15          Email: zeynepg@petaf.org

16

17

18

19

20

21  APPEARANCES: (Continued on Next Page.)

1   APPEARANCES CONTINUED:

2         ON BEHALF OF THE PLAINTIFF:

3         CONOR B. O'CROININ, ESQUIRE

4             Zuckerman, Spaeder, LLP

5             100 East Pratt Street

6             Suite 2440

7             Baltimore, Maryland  21202

8             Telephone:  410.332.0444

9             Email:  cocroinin@zuckerman.com

10        ON BEHALF OF DEFENDANTS:

11        EVIN L. YOUNG, ESQUIRE

12            Burlington & Young LLP

13            170 West Street

14            Annapolis, Maryland 21401

15            Telephone:  410.710.9622

16            Email:  nyoung@burlingtonyounglaw.com

17

18

19

20

21

1   not part of a pattern.

2              First off, do you contend that the lion Bu

3   was provided with adequate veterinary care?

4        A    Yes.

5        Q    Do you recall how Bu looked in

6   approximately August?

7        A    Bu looked like he was getting thinner, he

8   was losing weight and losing hair, especially on his

9   mane.

10             MS. BERNSTEIN:  Let's mark in as Exhibit

11  Tri-State 7.

12             (Tri-State Exhibit 7 was marked for

13  purposes of identification.)

14  BY MS. BERNSTEIN:

15       Q    There's a photograph in there saying male

16  lion at Tri-State in emaciated body.  Do you see that?

17       A    Yes.

18       Q    Is that how Bu looked approximately in

19  August from 2016?

20       A    That's a picture that was taken by somebody

21  from PETA.  I couldn't tell how it was staged or

1    whatever.  He was inspected after that but it's just a
2    picture of his lying on the ground.
3        Q    Do you remember my question?
4        A    You're asking me to make a judgment on a
5    picture that was made to look bad.  Did he look that
6    way?  I don't know.  I wasn't there with the picture.
7        Q    That's my question, whether or not you
8    recall if this is how Bu looked in late August, early
9    September of 2016.  Either you recall him looking like
10   that or not.
11       A    He was losing weight and he was losing his
12   mane and he was looking bad so we contacted the vet.
13       Q    My question is:  Looking at this picture,
14   from what you recall, is this what Bu looked like at
15   that time?  It's a simple yes or no question.
16       A    No, it's not because you have a staged
17   picture.  I don't know.  At the time that he took this
18   picture, I don't know who took it or whatever, did he
19   look like that, a picture shows that he looked like
20   that.  Does he look like that standing up?  No.  Does
21   he look like that lying down?  Yes.

1    Q    Oh, okay.  All right.  Okay.  So this is
2    what Bu looked like lying down in late August early
3    September of 2016.
4         Now, according to Dr. Fox, by the time you
5    asked him to check in on Bu, Bu was already in pretty
6    bad shape.  Are you aware of that?
7         MR. YOUNG:  Objection.
8    A    By the time I talked to Dr. Fox, which is
9    early August --
10   Q    No, no, not my question about talking to
11   him.
12   A    By the time I talked to Dr. Fox in early
13   August, I talked to him about how the lion appeared.
14   That's what you asked me.
15   Q    No.  No.
16   A    I didn't have a picture of this to go and,
17   hey, Dr. Fox, look at this picture PETA took.  No, I
18   didn't have that picture.  I talked to him about my
19   concern for Bu.
20   Q    Back to my question which is not about
21   talking and describing but whether or not or when you

1  actually asked Dr. Fox to check in with Bu in person

2  and according to Dr. Fox he said by the time you asked

3  him to check in to actually look at Bu, Bu was already

4  in pretty bad shape.  Is this consistent with what you

5  recall?

6           MR. YOUNG:  Objection.

7      A    No.

8      Q    So in your opinion when you asked Dr. Fox

9  to actually come and look at Bu, Bu was not in bad

10 shape?

11     A    No, I didn't say that.

12     Q    All right.

13     A    Bu was -- something was wrong.

14     Q    Okay.  Something was --

15     A    Something was wrong.  I raised this animal

16 so something was wrong.  We noticed it was wrong.  Like

17 I said, I've been with Dr. Fox every week and we talked

18 about the animals.  It was discussed with him.  Dr. Fox

19 has his philosophy on treating animals and we did start

20 treatment on some.  But he's the vet.  I can't get him

21 to come out so I made my other calls.

1      Q      So in August of 2016, you noticed something
2   was wrong but you couldn't get Dr. Fox to come out?
3      A      At that point I don't think -- I don't know
4   why he wasn't able to come out.  But we started --
5      Q      But he was unable to come out.  When you
6   noticed something was wrong, you asked Dr. Fox about it
7   but he's unable to come out?
8      A      I don't know.  I don't know why he didn't
9   come out.  When you say unable to come out, I don't
10  know why he didn't come out.  You're asking me to speak
11  for Dr. Fox.
12     Q      No, based on your testimony.
13     A      I spoke with him.  I gave him the
14  descriptions and it was his obligation if he thought he
15  needed to come out to come out.
16     Q      You didn't ask him to come out, did you?
17     A      I asked him to come out any time an animal
18  was sick but that doesn't mean he's going to come out.
19  Not every vet is going to drop what they do and come
20  out because an animal may sneeze.
21     Q      So you did ask him to come out?

1    A    Yes.

2    Q    And he did not do it?

3    A    I'm assuming so, yes.

4    Q    So if the USDA hadn't cited you in
5    October 2016 for failing to provide adequate veterinary
6    care to Bu, how long were you planning to wait before
7    securing a diagnosis for Bu's condition?

8         MR. YOUNG:  Objection.

9    A    We already had the vet diagnose Bu's
10   condition based on the facts that we had.  What USDA
11   what you call cited wanted us to do, that's not a
12   citation.  It's a general term.  You can pull out
13   papers all you want.

14        The term is they have to pull out a form,
15   they ask us to get a secondary, final opinion and
16   contact an exotics vet or big cat exotics vet to
17   verify.

18   Q    Let's mark this as next exhibit.

19        (Tri-State Exhibit 8 was marked for
20   purposes of identification.)

21   Q    To refresh your recollection, on

1    October 6th, 2016, the USDA issued a citation and at

2    the end of the second paragraph there's a sentence

3    saying, "An examination by a veterinarian with exotic

4    cat experience is needed to determine the cause of the

5    lion's weight loss and generalized unthriftiness to

6    determine the appropriate option for treating the

7    lion's condition."

8              Do you see that?

9              MR. YOUNG:  Objection.

10   Q    Do you see that?

11   A    Yes.

12   Q    Then it says, "Correct by October 10,

13   2016."  Do you see that?

14   A    Yes.

15   Q    So you understood that the USDA here

16   required you to have Bu examined by a veterinarian with

17   exotic cat experience.

18             Do you see that?

19   A    Yes.

20   Q    You did not comply with that, did you?

21             MR. YOUNG:  Objection.

1      A      Yes, I did.

2      Q      Who was the veterinarian with exotic cat

3   experience who examined Bu by October 10, 2016?

4      A      There's also further documentation with

5   USDA showing that she was looking for was Dr. Fox to

6   come up with a plan which was to take blood and consult

7   an exotics vet.  Not to have the exotics vet come out

8   and do the examination.

9      Q      So it's certainly a fact that Bu was not

10  examined by a veterinarian with exotic cat experience

11  by October 2016.

12            MR. YOUNG:  Objection.

13     A      Bu's examination consisted of taking blood.

14     Q      Sir, it's a fact --

15     A      I don't know Dr. Fox's exotic experience

16  with that stuff.  He's been treating lions and tigers

17  for over nine years.  But his job -- he was instructed

18  by USDA to come up with a plan of what we needed to do

19  and, in fact, USDA's answer was, maybe if he goes out,

20  he might die under the anesthesia.  That's what we were

21  instructed to do.

1           You're missing the second page where USDA
2    came back and did another inspection.
3           Q    I'm just trying to determine a simple fact
4    and the simple fact is Bu was not examined by a
5    veterinarian with exotic cat experience by October 10,
6    2016.
7                MR. YOUNG:  Objection.
8           Q    That's a fact, isn't it?
9           A    With exotic experience?  I don't know
10   what -- Dr. Fox would have exotic experience at that
11   point.
12          Q    And he didn't, in fact, examine Bu by
13   October 10, 2016, did he?
14               MR. YOUNG:  Objection.
15          A    No.
16          Q    He came after the deadline imposed by the
17   USDA to examine Bu, right?
18               MR. YOUNG:  Objection.
19          A    He came because the USDA asked him to come
20   and do the testing.
21          Q    But not by the deadline required on the

1    State of Maryland

2    County of Baltimore, to wit:

3        I, RONDA J. THOMAS, a Notary Public of the

4    State of Maryland, Baltimore County, do hereby

5    certify that the within-named witness personally

6    appeared before me at the time and place herein set

7    out, and after having been duly sworn by me,

8    according to law, was examined by counsel.

9        I further certify that the examination was

10   recorded stenographically by me and this transcript

11   is a true record of the proceedings.

12       I further certify that I am not of counsel to

13   any of the parties, nor in any way interested in the

14   outcome of this action.

15       As witness my hand this 15th day of

16   May, 2018.

17
                                   RONDA J. THOMAS
18                                 Notary Public

19

20   My Commission Expires:

21   October 15, 2022