**EXHIBIT 3**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
--Northern Division--**

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. *Plaintiff* –v– TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*, *Defendants.* | Case No. MJG 17-2148 |

**DECLARATION OF DEBORAH METZLER**

I, Deborah Metzler, declare as follows:

1. The facts contained in this declaration are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

2. I am employed by the Foundation to Support Animal Protection (PETA Foundation) as Supervising Captive Wildlife Specialist in the Captive Animal Law Enforcement (CALE) department. In that capacity, I investigate and advise on welfare concerns of animals in zoos, circuses, traveling shows, and other facilities that use animals for entertainment. I also serve as a liaison between volunteers, PETA's outreach department, and CALE.

3. On multiple occasions before July 31, 2017, PETA Foundation staff and volunteers visited Tri-State Zoological Park of Western Maryland, Inc. (Tri-State), in Cumberland, Maryland, at the request of the PETA Foundation's CALE division, and openly recorded the animals and their living conditions.

4. These individuals visited Tri-State during its normal business hours and paid admission to enter the facility.

5. To the best of my knowledge, information, and belief, all of these photographs and videos taken at Tri-State were filmed openly with cell phones and handheld cameras, pursuant to the instructions that PETA Foundation provides to its volunteers.

6. PETA's investigation of Tri-State, which occurred on December 11, 2014, December 12, 2014, January 28, 2015, and March 4, 2015, is separate from the PETA Foundation staff and volunteer visits described above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Gig Harbor, Washington, on this 26th day of July 2018.

*[signature: Deborah Metzler]*

———————————————
Deborah Metzler