# EXHIBIT 4

1

1     IN THE UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF MARYLAND
3              Northern Division
4  PEOPLE FOR THE ETHICAL
5  TREATMENT OF ANIMALS, INC.
6           Plaintiff
7  vs.                              Civil Action No.
8  TRI-STATE ZOOLOGICAL PARK OF     MJG-17-2148
9  WESTERN MARYLAND, INC., et al.
10           Defendants
11  _____/
12
13         The video-recorded deposition of ROBERT
14  LOUIS CANDY was held on Friday, March 16, 2018,
15  commencing at 10:19 a.m., at the Law Offices of
16  Zuckerman Spaeder LLP, 100 East Pratt Street, Suite
17  2440, before Baltimore, Maryland 21202, Notary
18  Public.
19
20
21  REPORTED BY: R. Dwayne Harrison

```
 1  APPEARANCES:
 2
 3      ON BEHALF OF PLAINTIFF:
 4      CONOR B. O'CROININ, ESQUIRE
 5          Zuckerman Spaeder LLP
 6          100 East Pratt Street
 7          Suite 2440
 8          Baltimore, Maryland  21202
 9          Telephone:  410.332.0444
10          Email:  cocroinin@zuckerman.com
11  and
12      ZEYNEP GRAVES, ESQUIRE
13          PETA Foundation
14          2154 W. Sunset Boulevard
15          Los Angeles, California 90026
16          Telephone:  323.210.2263
17          Email:  zeynepg@PETA.org
18
19
20
21  APPEARANCES (Continued on Next Page)
```

```
 1   APPEARANCES CONTINUED:

 2

 3       ON BEHALF OF DEFENDANTS:

 4       NEVIN L. YOUNG, ESQUIRE

 5           Burlington & Young LLP

 6           170 West Street

 7           Annapolis, Maryland 21401

 8           Telephone:  410.710.9622

 9           Email:  nyoung@burlingtonyounglaw.com

10

11   ALSO PRESENT:

12           GLEN FORTNER, Videographer

13

14

15

16

17

18

19

20

21
```

1  what?
2      A     Derek Simmons.
3      Q     So is that all of the current volunteers?
4      A     No.  Nicky Cramer.  The whole Cramer
5  family.
6      Q     Okay.
7      A     We have volunteers that come and go under
8  the WEX programs, under the school programs, groups,
9  college programs at all times.
10     Q     Okay.
11     A     I'm trying to remember who does day-by-day.
12 Jason Woolard, W-O-O-L-A-R-D, I believe.  Robin and
13 Colin Abbott.
14           Now, these are all of the volunteers, not
15 all of them actually work at the zoo itself because
16 they won't be around animals.
17     Q     Okay.  If a volunteer is not at the zoo,
18 where are they?
19     A     Like, the Abbotts are an 80-year old
20 couple.  They make signs.  They help us by doing little
21 things like that.  The zoo is the only area that's

1      A      I know of a couple.
2      Q      How many?  Two?  Three?
3      A      I don't know.  We've been there for 16
4  years.  They've come in and out.  PETA used to actually
5  be very good at helping us out at the zoo when we first
6  opened up because we used to get animals and rescue
7  them.  PETA was very -- they were good at helping us
8  solve that.  Again, I don't say PETA can't come to
9  the zoo.  We just ask if they belong to PETA.
10     Q      Right.
11     A      We all have our mixed opinions on PETA and
12 different animal rights group on what they can and
13 can't do.  It doesn't mean they're a bad group, doesn't
14 mean they're a good group.  It's just -- you know, I
15 have a volunteer now, Nicky Cramer's family, someone in
16 their family is a member of PETA.
17            It doesn't mean that they're going to come
18 in and ruin things, but we ask because there's been a
19 lot of people that come into the zoo and they do what
20 they think is undercover or start take pictures of
21 things or doing things that they're not supposed to do.

```
 1      Q      What's the problem with taking pictures?
 2   Is there a problem with that?
 3      A      It's what they try to take pictures of.
 4   It's real easy to take a picture of a mud puddle up
 5   close and it looks like mud and you can take it far
 6   back and a mud puddle is two foot in an acre.
 7             So you have a lot of people who just try to
 8   do things, to make pictures look exactly what they want
 9   them to be.
10      Q      I see.  So you're concerned about somebody
11   representing or taking a picture that makes the zoo
12   look like it's --
13      A      And the business --
14      Q      Let me finish the question.
15      A      Sorry, sorry.
16      Q      You're worried about someone taking a
17   picture that misrepresents the real state of the zoo?
18   Is that the concern?
19      A      No.
20      Q      Okay.  What's the concern?
21      A      I didn't say the real state of the zoo.  I
```

1  said they're misrepresenting by taking a picture of
2  something that may not be accurate.  Taking a picture
3  of a puddle from this distance, it looks like a puddle
4  or water or mud.  Taking this piece of paper and
5  putting it in an acre field is not going to look like a
6  big puddle.  It's going to look by an eight by eleven
7  piece of paper in an acre field.  So it all depends on
8  what they take.  We allow pictures at the zoo.  We
9  don't stop them.  People can come in and take what they
10 want.  Things go on line and people don't -- we just
11 don't want people just to come in for the sole purpose
12 of badmouthing or creating issues.
13      Q     All right.  It looks like you also asked
14 about HSUS.  Is that the Humane Society?
15      A     That's Humane Society of the United States.
16      Q     Have you ever had anyone from the Humane
17 Society apply to be a volunteer?
18      A     I don't know.
19      Q     A government and regulatory agency?  Do you
20 ever get members of government?
21      A     Well, that's USDA or anything -- you have

1  your county office people or county people that come
2  in.  Actually, the county Animal Control person used to
3  help us out at the zoo.  We just ask whether they
4  belong to something.
5       Q    Okay.  So if a person self-identifies as a
6  member of the Humane Society, for instance, you don't
7  turn them away, you'd just like to know?
8       A    Right.
9       Q    Have you ever turned anyone away because
10 they've answered that question yes?
11      A    No.
12      Q    On page 3 of Exhibit 4 you have this waiver
13 of liability.
14           Did you draft that yourself?
15      A    No.  I believe -- I'm not sure who drafted
16 it for us.  I think it was a group that does a lot of
17 activities, social activities and things.
18      Q    I'm sorry, what?
19      A    I think it was a group.  We didn't draft it
20 because I wouldn't put [inaudible] right there.  I
21 don't know who actually drafted it.  I think it was a