**INDEX OF DECLARATIONS, AFFIDAVITS, AND SUPPORTING EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**BASKIN, Carole – Declaration**

**COLLINS, Connie – Affidavit**

**FONTES, Chris – Supplemental Declaration**

    Exhibit A    Representative video of lemurs Alfredo and Bandit and the outdoor portion of their exhibit at Tri-State, bearing Bates number PETA0001413.

    Exhibit B    Representative video of tigers Kumar, India, and Cayenne and the indoor portion of their exhibit at Tri-State, bearing Bates number PETA0001538.

    Exhibit C    Representative video of tiger Cheyenne and the indoor portion of her exhibit at Tri-State, bearing Bates number PETA0001537.

**HADDAD, Kim – Declaration**

**HAWKS, Caitlin – Declaration**

    Exhibit A    Tri-State Zoological Park of Western Maryland, Inc.'s ("Tri-State") United States Department of Agriculture (USDA) inspection reports detailing Tri-State's citations from 2005 to 2017.

    Exhibit B    March 22, 2013 USDA Decision and Order in the agency's administrative action against Tri-State, Case No. 11-0222.

    Exhibit C    May 28, 2015 USDA Official Warning of Violation of Federal Regulations, Case No. MD150021.

    Exhibit D    Documents regarding Tri-State's lemurs, lions, tigers, and veterinary plans produced by Defendants on February 19, 2018 and May 1, 2018, bearing Bates numbers TSZP000018 - TSZP000065, TSZP000119 - TSZP000161, and TSZP000210 - TSZP000222.

    Exhibit E    Transcript of Robert Candy's May 2, 2018 deposition taken pursuant to Fed. R. Civ. P. 30(b)(6).

    Exhibit F    Transcript of Robert Candy's March 16, 2018 deposition.

    Exhibit G    Plaintiff's second set of interrogatories to Defendants Tri-State and Animal Park, Care & Rescue, Inc. ("Animal Park") and such Defendants' answers to those interrogatories.

**INDEX OF DECLARATIONS, AFFIDAVITS, AND SUPPORTING EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit H | Documents of Dr. Gale Duncan, DVM, produced by the Defendants on July 1, 2018, bearing Bates numbers TSZP000326 - TSZP000330. |
| Exhibit I | Transcript of the Dr. John Timothy Fox's April 22, 2018 deposition. |
| Exhibit J | Plaintiff's first set of interrogatories to Defendant Candy and his answers to those interrogatories. |
| Exhibit K | Documents produced by Dr. John Timothy Fox, DVM, on April 3, 2018, with the following Bates numbers FOX000001 - FOX000086. |
| Exhibit L | Documents about the lemur Alfredo produced by the Maryland Zoo on April 30, 2018, bearing Bates numbers Maryland Zoo 1 - Maryland Zoo 27. |
| Exhibit M | Transcript of Dr. Gale Duncan's May 16, 2018 fact deposition. |
| Exhibit N | USDA's 1999 Final Report on Environmental Enhancement to Promote the Psychological Well-Being of Nonhuman Primates, bearing Bates numbers PETA0000756 - PETA0000828. |
| Exhibit O | Plaintiff's requests for admission to Defendant Candy and his responses to those requests. |
| Exhibit P | Representative photograph provided to PETA by Casey Brown, a PETA volunteer, of a lemur and the outdoor portion of the lemur exhibit at Tri-State, bearing Bates number PETA0001681. |
| Exhibit Q | Plaintiff's first set of interrogatories to Defendants Tri-State and Animal Park, and such Defendants' supplemental answers to those interrogatories. |
| Exhibit R | Transcript of Rella Moon's May 8, 2018 deposition. |
| Exhibit S | Transcript of Dr. Gale Duncan's August 1, 2018 deposition regarding her opinion testimony. |
| Exhibit T | Representative photographs, provided to PETA by Casey Brown, of the lion Mbube, the southwest portion of the lion Peka's outdoor exhibit, and the tiger Cheyenne's outdoor exhibit at Tri-State, bearing Bates numbers PETA0001909, PETA0001914, and PETA0001915. |
| Exhibit U | Representative video, provided to PETA by Casey Brown, of the outdoor portion of the tigers India, Cayenne, and Kumar's exhibit, bearing Bates number PETA0001917. |
| Exhibit V | Transcript of Jonathan Harr's May 8, 2018 deposition. |

**INDEX OF DECLARATIONS, AFFIDAVITS, AND SUPPORTING EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Exhibit W | Plaintiff's fourth set of interrogatories to Defendants Tri-State and Animal Park, and such Defendants' answers to those interrogatories. |
| Exhibit X | Plaintiff's requests for admission to Defendant Tri-State, and such Defendants' responses to those requests. |
| Exhibit Y | Tri-State's October 18, 2018, USDA inspection report and a list of the species inspected, produced by Defendants on October 25, 2018. |
| Exhibit Z | Transcript of Jason Woolard's May 3, 2018 deposition. |

**HENSTOCK, Colin – Declaration**

**HENSTOCK, Colin – Supplemental Declaration**

| | |
|---|---|
| Exhibit A | Representative video of lemurs Alfredo and Bandit and the outdoor portion of their exhibit at Tri-State, bearing Bates number PETA0001585. |
| Exhibit B | Representative photograph of the indoor portion of the tiger Cheyenne's exhibit at Tri-State, bearing Bates number PETA0001546. |
| Exhibit C | Representative video of tiger Mowgli and the indoor portion of his exhibit at Tri-State, bearing Bates number PETA0001509. |
| Exhibit D | Representative video of a bear, the outdoor portion of the bear exhibit, five tigers, and the outdoor portions of the three tiger exhibits at Tri-State, bearing Bates number PETA0001505. |
| Exhibit E | Representative video of the lion Peka and the outdoor portion of her exhibit at Tri-State, bearing Bates number PETA0001508. |

**LOCKERMAN, Nic – Declaration**

| | |
|---|---|
| Exhibit A | Representative video of Tri-State and the animals exhibited there, bearing Bates number PETA0001993. |

**PRATTE, Jay – Declaration**