# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:17-cv-02148-PX |
| | * | |
| TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., *et al.*, | * | |
| Defendants. | * | |

\*\*\*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 8th day of July, 2019, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion for Summary Judgment (ECF No. 99) filed by Plaintiff People for the Ethical Treatment of Animals, Inc. BE, and the same hereby IS, GRANTED in part and DENIED in part; and

2. The Clerk is directed to TRANSMIT copies of the foregoing Memorandum Opinion and this Order to counsel for the parties.

7/08/2019  
Date

/S/  
Paula Xinis  
United States District Judge