UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> TRI-STATE ZOOLOGICAL PARK OF WESTERN MARYLAND, INC., et al., <br><br> *Defendant*s. | Civil Action No. PX-17-2148 |

## ORDER OF JUDGMENT

The Court having returned a verdict in favor of the Plaintiff, People for the Ethical Treatment of Animals, Inc., against all Defendants, it is this 26th day of December 2019,

**ORDERED,**

1. Judgement is entered in favor of the Plaintiff, People for the Ethical Treatment of Animals, Inc.; and

2. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this ORDER shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.

/S/
Paula Xinis
United States District Judge